**GOVERNMENT OF the VIRGIN IS-
LANDS, Appellee,**

v.

**Claude RICHARDS, Appellant.**

**No. 13657.**

United States Court of Appeals
Third Circuit.

Argued Jan. 31, 1962.

Decided Feb. 26, 1962.

R. H. Amphlett Leader, Frederiksted,
St. Croix, V. I., for appellant.

Leon P. Miller, U. S. Atty., Charlotte
Amalie, St. Thomas, V. I., for appellee.

Before ALDRICH,* GANEY and
SMITH, Circuit Judges.

PER CURIAM.

■■ Under the narrow scope of a
writ of review, 5 V.I.C. §§ 1421–1423, the
evidence is not before us. The only pos-

sible question open to petitioner (assum-
ing that certain procedural points are de-
cided in his favor) is whether he could
be found guilty of disturbing the peace
"by fighting with John Richards" al-
though he had been found not guilty of
"commit[ting] an assault and battery
on the person of John Richards" on the
same occasion. It seems manifest that
there may be a spontaneous or voluntary
fight in which neither party is genuinely
an aggressor. In such instance the peace
would be disturbed even though no as-
sault and battery occurred.

The order of the District Court deny-
ing the petition is affirmed.